In the Matter of JOSEPH A. FIRPO, a Former Attorney.— Motion to punish for contempt granted and respondent fined twenty-five dollars, payable within ten days from the entry of the order herein. In default of payment a commitment will issue. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ,

In the Matter of J. MILTON SMITH, an Attorney.— Motion granted, respondent disbarred and his name ordered struck from the roll of attorneys. Respondent's course of conduct in connection with the Hartt and Davis real estate and mortgage transactions shows that he is unfit to remain a member of the bar. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH L. SHELDON, Appellant.— Motion to resettle order denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL WOLFF UNITED STATES AND FOREIGN DETECTIVE BUREAU, INC., Appellant, v. SAMUEL B. CRANE and Others, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

STANDARD OIL COMPANY OF NEW YORK, Respondent, v. GEORGE J. KOCH, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.; Carswell, J., not voting.

ART FIXTURES, INC., and Others, Appellants, v. RUBY LAMP MFG. CO., INC., Respondent, Impleaded with Others, Defendants.— Order dismissing amended complaint affirmed, with ten dollars costs and disbursements, with leave to appellants to serve an amended complaint within ten days from the date of the entry of the order herein upon payment of costs. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

DAVID DAVIDSON, Respondent, v. LEO W. GORDICH, Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs, on authority of *Woods* v. *Saunders* (228 App. Div. 69). Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

CHARLES ENGELSMAN, Respondent, v. ELIA GABAY, Also Known as ELIA GABILA, and RENE MONAST, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. Examination to proceed on five days' notice. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.